## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Benjamin Lee Harris,

Case No. 17-cv-326 MJD/FLN

    Plaintiff,

  v.              ORDER

Joe Paget,
*Under Sheriff,*

    Defendant.

_____

  Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 27, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

  **IT IS HEREBY ORDERED** that

  1. The petition for a writ of habeas corpus of petitioner Benjamin Lee Harris [ECF No. 1] is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies.

  2. Harris's application to proceed *in forma pauperis* [ECF No. 2] is DENIED.

  3. No certificate of appealability shall be issued.

  LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: May 1, 2017       s/Michael J. Davis
              MICHAEL J. DAVIS
              United States District Court Judge